IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| HELIX ELECTRIC OF NEVADA, LLC dba HELIX ELECTRIC, a Nevada limited liability company; and FIRST SOLAR ELECTRIC, LLC, a Delaware limited liability company,<br><br>　　　　　　Plaintiffs<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, an Illinois corporation; BOE INSURANCE COMPANIES I Through X; DOES I through X; and ROE CORPORATIONS I through X,<br><br>　　　　　　Defendants | CIVIL ACTION NO. 4:18-cv-00036-DC |

**JOINT NOTICE OF SETTLEMENT**

Plaintiffs, First Solar Electric, LLC ("First Solar") and Helix Electric of Nevada, LLC d/b/a Helix Electric ("Helix") and Defendant Zurich American Insurance Company ("Zurich") file this Notice of Settlement and would respectfully show as follows:

1.　　Plaintiffs First Solar and Helix and Defendant Zurich have reached a settlement and have prepared an agreement (the "Settlement Agreement") to that effect.

2.　　The terms of the Settlement Agreement are expected to be completed within 30 days of this Notice of Settlement.

3.　　The Parties will file an agreed motion dismissing this action once the terms and obligations as described in the Settlement Agreement have been fulfilled.

4.　　Accordingly, the Parties request that the Court vacate the trial date and all upcoming case schedule deadlines pending final resolution and dismissal of this action.

**PRAYER**

The Parties request that the Court amend the scheduling order as requested and vacate all upcoming deadlines and trial date.

Dated: June 27, 2019                                                    Respectfully submitted,

                                          */s/ Erik G. Moskowitz*
                                          Erik G. Moskowitz
                                          State Bar No. 24089904
                                          erik@chapmanfirmtx.com
                                          **THE CHAPMAN FIRM, PLLC**
                                          3410 Far West Blvd., Suite 210
                                          Austin, Texas 78731
                                          512-872-3840
                                          512-879-9033—Facsimile

                                          **ATTORNEY FOR PLAINTIFFS**
                                          **HELIX ELECTRIC OF NEVADA, LLC**
                                          **DBA HELIX ELECTRIC AND FIRST**
                                          **SOLAR ELECTRIC, LLC**


                                          */s/ Blair Dancy*
                                          Blair Dancy
                                          State Bar No. 24001235
                                          bdancy@cstrial.com
                                          Patrick J. Fitzgerald
                                          State Bar No. 24036566
                                          pfitzgerald@cstrial.com
                                          **CAIN & SKARNULIS PLLC**
                                          400 W. 15th Street, Suite 900
                                          Austin, Texas 78701
                                          512-477-5000
                                          512-477-5011—Facsimile
                                          **ATTORNEYS FOR DEFENDANT**
                                          **ZURICH AMERICAN INSURANCE**
                                          **COMPANY**