IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| HELIX ELECTRIC OF NEVADA, LLC dba HELIX ELECTRIC, a Nevada limited liability company; and FIRST SOLAR ELECTRIC, LLC, a Delaware limited liability company,<br><br>Plaintiffs<br><br>v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, an Illinois corporation; BOE INSURANCE COMPANIES I Through X; DOES I through X; and ROE CORPORATIONS I through X,<br><br>Defendants | CIVIL ACTION NO. 4:18-cv-00036-DC |

**AGREED MOTION TO DISMISS WITH PREJUDICE**

Plaintiffs, First Solar Electric, LLC ("First Solar") and Helix Electric of Nevada, LLC d/b/a Helix Electric ("Helix") and Defendant Zurich American Insurance Company ("Zurich") file this Agreed Motion to Dismiss With Prejudice and would respectfully show as follows:

1. Plaintiffs' Complaint was filed with this Court on August 27, 2018, by and through Zurich's Notice of Removal. No defendant has filed counterclaims in this matter.

2. Plaintiffs originally named additional Boe, Doe, and Roe defendants in anticipation of identifying and serving those other parties, but no such parties were ever identified or served. Plaintiffs do not intend to pursue claims against those unidentified defendants and have agreed to dismiss all claims raised herein with prejudice.

3. As such, the Parties have resolved all matters and disputes by and among them that were brought in this suit fully and completely and, through undersigned

counsel, stipulate and agree that these claims be dismissed in full with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). The Parties have agreed that each party will bear its own attorneys' fees, expenses, and costs.

**PRAYER**

The Parties request that the Court dismiss this action with prejudice as requested. For the Court's convenience, a proposed order is attached.

Dated: July 17, 2019                     Respectfully submitted,

*/s/ Erik G. Moskowitz*
Erik G. Moskowitz
State Bar No. 24089904
erik@chapmanfirmtx.com
**THE CHAPMAN FIRM, PLLC**
3410 Far West Blvd., Suite 210
Austin, Texas 78731
512-872-3840
512-879-9033—Facsimile
**ATTORNEYS FOR PLAINTIFFS
HELIX ELECTRIC OF NEVADA, LLC
DBA HELIX ELECTRIC AND FIRST
SOLAR ELECTRIC, LLC**


*/s/ Blair Dancy*
Blair Dancy
State Bar No. 24001235
bdancy@cstrial.com
Patrick J. Fitzgerald
State Bar No. 24036566
pfitzgerald@cstrial.com
**CAIN & SKARNULIS PLLC**
400 W. 15th Street, Suite 900
Austin, Texas 78701
512-477-5000
512-477-5011—Facsimile
**ATTORNEYS FOR DEFENDANT
ZURICH AMERICAN INSURANCE
COMPANY**