IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| HELIX ELECTRIC OF NEVADA, LLC, | § | |
| dba HELIX ELECTRIC, a Nevada limited | § | |
| liability company, ET AL., | § | |
|    *Plaintiffs,* | § | |
| | § | |
| V. | § | NO.  PE:18-CV-00036 DC |
| | § | |
| ZURICH AMERICAN INSURANCE | § | |
| COMPANY, an Illinois corporation, ET AL. | § | |
|    *Defendants.* | § | |

## **FINAL ORDER OF DISMISSAL WITH PREJUDICE**

It is ORDERED the above-styled and numbered cause is DISMISSED WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41(a) and based upon the Parties' Agreed Motion to Dismiss With Prejudice (Doc. 34) filed July 17, 2019.

IT IS FURTHER ORDERED that all attorney fees, expenses and court costs shall be borne by the party incurring same.  All other relief not expressly granted herein is DENIED.

IT IS FINALLY ORDERED that all pending motions, if any, are DENIED AS MOOT.

It is so **ORDERED**.

SIGNED this 19th day of July, 2019.


_____
DAVID  COUNTS
UNITED STATES DISTRICT JUDGE